# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONG SAI, | Case No. CV 16-01388 DMG (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES JANECKA, et al., | |
| Respondent. | |

Pursuant to the Court's contemporaneously issued Memorandum and Order Summarily Dismissing Action, IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: September 2, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE